AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of _____ILLINOIS_____

Billie Beason, f/k/a Shore,
    Plaintiff,

V.

Midland Funding LLC, a Delaware limited
liability company, and Blatt Hasenmiller
Leibsker & Moore LLC, an Illinois limited
liability company,
    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-2030

TO: (Name and address of Defendant)

    Midland Funding LLC c/o
    Corporation Service Company, as Registered Agent
    2711 Centerville Road
    Suite 400
    Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    David J. Philipps
    Philipps & Philipps, Ltd.
    9760 South Roberts Road, Suite One
    Palos Hills, Illinois 60465

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/Pamela E. Robinson
_____
CLERK

s/V. Ball
_____
(By) DEPUTY CLERK

1/29/08
_____
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

Billie Beason, f/k/a Shore,
Plaintiff,

V.

Midland Funding LLC, a Delaware limited liability company, and Blatt Hasenmiller Leibsker & Moore LLC, an Illinois limited liability company,
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-2030

TO: (Name and address of Defendant)

Ira F. Leibsker, as Registered Agent for
Blatt, Hasenmiller, Leibsker & Moore LLC
125 S. Wacker Drive, Suite 400
Chicago, Illinois 60606

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David J. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road, Suite One
Palos Hills, Illinois 60465

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/Pamela E. Robinson                                1/29/08
CLERK                                                DATE

s/V. Ball
(By) DEPUTY CLERK