✎AO 458 (Rev. 10/95)   Appearance

E-FILED
Tuesday, 29 January, 2008  12:33:09 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| Date | Signature |
|------|-----------|
|      | Print Name                          Bar Number |
|      | Address |
|      | City              State              Zip Code |
|      | Phone Number                        Fax Number |