# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

Billie Beason, f/k/a Shore,
   Plaintiff,

V.

Midland Funding LLC, a Delaware limited
liability company, and Blatt Hasenmiller
Leibsker & Moore LLC, an Illinois limited
liability company,
   Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-2030

TO: (Name and address of Defendant)

Midland Funding LLC c/o
Corporation Service Company, as Registered Agent
2711 Centerville Road
Suite 400
Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David J. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road, Suite One
Palos Hills, Illinois 60465

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Pamela E. Robinson                                      1/29/08
CLERK                                                   DATE

J. Ball
(By) DEPUTY CLERK

| | |
|---|---|
| Subj: | **Activity in Case 2:08-cv-02030-HAB-DGB Beason v. Midland Funding LLC et al Summons Issued** |
| Date: | 1/29/2008 12:33:09 P.M. Central Standard Time |
| From: | ECF_Returns@ilcd.uscourts.gov |
| To: | ECF_Notices@ilcd.uscourts.gov |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

CENTRAL DISTRICT OF ILLINOIS

## Notice of Electronic Filing

The following transaction was entered on 1/29/2008 at 12:32 PM CST and filed on 1/29/2008
**Case Name:**    Beason v. Midland Funding LLC et al
**Case Number:**    2:08-cv-2030
**Filer:**
**Document Number:** 2

**Docket Text:**
**Summons Issued as to Midland Funding LLC, Blatt Hasenmiller Leibsker & Moore LLC., and returned to plaintiff's attorney for service. (VB, ilcd)**

**2:08-cv-2030 Notice has been electronically mailed to:**

Bonnie C Dragotto    bdragotto@aol.com

David J Philipps    davephilipps@aol.com

**2:08-cv-2030 Notice has been delivered by other means to:**

Douglas A Antonik

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=1/29/2008] [FileNumber=658847-0]
[0bccbaad8ef56fb844a9b776f1290ab2689ee97d0f4a60c80f287d8c98bf1f176470
b9259beb19463995ad12b478b9ad4ee92f4939c2aa1a00d3bbd991d87aa3]]

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Central District of Illinois

Case Number: 2:08-CV-2030-HAB-DGB

Plaintiff:
**Billie Beason f/k/a Shore**
vs.
Defendant:
**Midland Funding, LLC and Blatt Hasenmiller Leibsker & Moore, LLC**

Received by EXPRESS PROCESS SERVICE, INC. on the 30th day of January, 2008 at 11:55 am to be served on **Midland Funding LLC c/o Corporation Service Company, Registered Agent, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.** I, __ADAM GOLDEN__, being duly sworn, depose and say that on the __4th__ day of __February__, 20__08__ at __1:35 pm__, executed service by delivering a true copy of the **Summons and Complaint** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving __DIONNE MILLS__ as __AUTHORIZED TO ACCEPT SERVICE FOR CORPORATION SERVICE COMPANY, REGISTERED AGENT.__

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

Age __35__ Sex M __F__ Race __BLACK__ Height __5'5"__ Weight __120 lbs__ Hair __black__ Glasses Y __N__

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

ADAM GOLDEN, SPS
PROCESS SERVER # _____
Appointed in accordance
with State Statutes

Subscribed and Sworn to before me on the __4th__ day of __February__, __2008__, by the affiant who is personally known to me.

NOTARY PUBLIC
EXPIRES MARCH 14, 2011

EXPRESS PROCESS SERVICE, INC.
1201 N. Post Road
Suite 5
Indianapolis, IN 46219-4225
(317) 890-1055
Our Job Serial Number: 2008000743

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f