**E-FILED**
Friday, 22 February, 2008   10:49:31 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

Central District of Illinois

| | |
|---|---|
| BILLIE BEASON, | **APPEARANCE** |
| Plaintiff, | |
| v. | Case No: 2:08-cv-02030-HAB-DGB |
| MIDLAND FUNDING LLC, ET AL. | |
| Defendant. | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

**Midland Funding LLC**

I certify that I am admitted to practice in this court.

| | |
|---|---|
| February 22, 2008 | */s/ Jason M. Kuzniar* |
| Date | Signature |
| | Jason M. Kuzniar        6270123 |
| | Print Name               Bar Number |
| | 120 N. LaSalle Street – 26th Floor |
| | Address |
| | Chicago          IL          60602 |
| | City              State        Zip Code |
| | (312) 704-0550       (312) 704-1522 |
| | Phone Number         Fax Number |

466860.1