IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

BILLIE BEASON f/k/a BILLIE SHORE,

    Plaintiff,

  v.                          Case No.: 2:08-cv-02030-HAB-DGB

MIDLAND FUNDING LLC, et al.,

    Defendants.

## CERTIFCATE OF SERVICE

The undersigned, an attorney, hereby certifies that on February 22, 2008, the *Appearance of Jason M. Kuzniar* [Doc. #7], was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Bonnie C. Dragotto (bdragotto@aol.com)
David J. Philipps (davephilipps@aol.com)

and I further certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:

Douglas A. Antonik
ANTONIK LAW OFFICES
411 Main St.
Mt. Vernon, IL 62864

                                        **Midland Funding LLC, Defendant**

                                        By: */s/ Jason M. Kuzniar*_____
                                               One of its attorneys

Jason M. Kuzniar, Esq.
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER, LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
(312) 704-0550

466976.1