IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

BILLIE BEASON f/k/a BILLIE SHORE,

    Plaintiff,

v.

MIDLAND FUNDING LLC, et al.,

    Defendants.

Case No.: 2:08-cv-02030-HAB-DGB

### AGREED MOTION OF DEFENDANT MIDLAND FUNDING LLC FOR EXTENSION OF TIME

Defendant Midland Funding LLC ("Midland"), by its undersigned attorneys, moves pursuant to CDIL-LR 6.1 for an extension of time to and including March 26, 2008, to file its responsive pleading to Plaintiff's Complaint, and in support states as follows:

1. Midland was served with Summons and the Complaint on or about February 4, 2008 and its answer to the Complaint currently is due February 25, 2008. [Doc. #6.]

2. Counsel for Midland was recently retained, and currently is investigating the allegations contained in the Complaint and gathering documents relevant to the Complaint, but requires additional time to file Midland's responsive pleading to Plaintiff's Complaint.

3. On February 21, 2008, counsel for Midland spoke with one of the attorneys for Plaintiff, David J. Philipps, and Mr. Philipps has no objection to this motion or to the relief requested herein.

4. This is Midland's first request for an extension of time and no party will be prejudiced by the requested extension.

466861.1

WHEREFORE, Midland respectfully requests that this Honorable Court grant this Agreed Motion, give Midland to and including March 26, 2008 to file its responsive pleading to Plaintiff's Complaint, and award to Midland such other and further relief as this Court deems just and appropriate.

        Respectfully submitted,

        **Midland Funding LLC, Defendant**

        By: */s/ Jason M. Kuzniar*_____
            One of its attorneys

Jason M. Kuzniar, Esq.
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER, LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
(312) 704-0550

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on February 22, 2008, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Bonnie C. Dragotto (bdragotto@aol.com)
David J. Philipps (davephilipps@aol.com)

and I further certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:

Douglas A. Antonik
ANTONIK LAW OFFICES
411 Main St.
Mt. Vernon, IL 62864

        \_*/s/ Jason M. Kuzniar*_____
           Jason M. Kuzniar

466861.1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

BILLIE BEASON f/k/a BILLIE SHORE,

    Plaintiff,

v.                                                    Case No.: 2:08-cv-02030-HAB-DGB

MIDLAND FUNDING LLC, et al.,

    Defendants.

## AGREED ORDER

This cause coming to be heard on the Agreed Motion of Defendant Midland Funding LLC ("Midland") for an extension of time to and including March 26, 2008, to file its responsive pleading to Plaintiff's Complaint, and good cause appearing,

IT IS HEREBY ORDERED that the Agreed Motion is GRANTED;

IT IS HEREBY FURTHER ORDERED that Midland has to and including March 26, 2008 to file its responsive pleading to Plaintiff's Complaint.

IT IS SO ORDERED this _____ day of February, 2008.

_____
**Harold A. Baker, U.S. District Judge**
**David G. Bernthal, U.S. Magistrate Judge**

466863.1