AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

CENTRAL    DISTRICT OF    ILLINOIS

BILLIE BEASON
v.
MIDLAND FUNDING, LLC, et al.

**APPEARANCE**

Case Number: 2:08-cv-02030-HAB-DGB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Blatt, Hasenmiller, Leibsker & Moore, LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/4/2008 | /s/ David L. Hartsell |
| Date | Signature |
| | David L. Hartsell — 6192380 |
| | Print Name / Bar Number |
| | McGuireWoods LLP, 77 W. Wacker Drive, Ste. 4100 |
| | Address |
| | Chicago   IL   60626 |
| | City / State / Zip Code |
| | (312) 849-8100   (312) 920-6766 |
| | Phone Number / Fax Number |

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2008, I electronically filed the foregoing

**APPEARANCE OF DAVID L. HARTSELL FOR DEFENDANT BLATT,**

**HASENMILLER, LEIBSKER & MOORE, LLC** with the Clerk of the Court using the

CM/ECF system which will send notification of such filing to the following:

David J. Philipps
Bonnie C. Dragotto
Gomolinski & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
davephilipps@aol.com
bdragotto@aol.com

Douglas A. Antonik
Antonik Law Offices
411 Main Street
Mt. Vernon, Illinois 62864
(618) 244-5739
antoniklaw@charter.net

Jason M Kuzniar
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
120 N LaSalle St, Ste 2600
Chicago, IL 60602
312-704-0550
Jason.Kuzniar@wilsonelser.com

/s/ David L. Hartsell