AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

___CENTRAL___    DISTRICT OF    ___ILLINOIS___

BILLIE BEASON
v.
MIDLAND FUNDING, LLC, et al.

**APPEARANCE**

Case Number:  2:08-cv-02030-HAB-DGB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Blatt, Hasenmiller, Leibsker & Moore, LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/10/2008 | /s/ Amy R. Jonker |
| Date | Signature |
| | Amy R. Jonker      6283174 |
| | Print Name      Bar Number |
| | McGuireWoods LLP, 77 W. Wacker Drive, Ste. 4100 |
| | Address |
| | Chicago    IL    60626 |
| | City    State    Zip Code |
| | (312) 849-8100    (312) 698-4549 |
| | Phone Number    Fax Number |

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2008, I electronically filed the foregoing **APPEARANCE OF AMY R. JONKER FOR DEFENDANT BLATT, HASENMILLER, LEIBSKER & MOORE, LLC** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> David J. Philipps
> Bonnie C. Dragotto
> Gomolinski & Philipps, Ltd.
> 9760 S. Roberts Road, Suite One
> Palos Hills, Illinois 60465
> (708) 974-2900
> davephilipps@aol.com
> bdragotto@aol.com

> Douglas A. Antonik
> Antonik Law Offices
> 411 Main Street
> Mt. Vernon, Illinois 62864
> (618) 244-5739
> antoniklaw@charter.net

> Jason M. Kuzniar
> Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
> 120 N. LaSalle Street, Suite 2600
> Chicago, Illinois 60602
> (312) 704-0550
> Jason.kuzniar@wilsonelser.com

/s/ Amy R. Jonker