# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

Billie Beason, f/k/a Shore,
        Plaintiff,

V.

Midland Funding LLC, a Delaware limited
liability company, and Blatt Hasenmiller
Leibsker & Moore LLC, an Illinois limited
liability company,
        Defendants.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 08-2030

TO: (Name and address of Defendant)

Ira F. Leibsker, as Registered Agent for
Blatt, Hasenmiller, Leibsker & Moore LLC
125 S. Wacker Drive, Suite 400
Chicago, Illinois 60606

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David J. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road, Suite One
Palos Hills, Illinois 60465

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Pamela E. Robinson                              1/29/08
CLERK                                            DATE

U. Ball
(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE: 2-13-08 AT 12:50 P.M. |
| NAME OF SERVER (PRINT)  BARRY SAVAGE | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service-*

[ ]  Served personally upon the defendant. Place where served: _____

[ ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ]  Returned unexecuted: _____

[X]  Other (specify): SERVED DEFENDANT BLATT,HASENMILLER,LEIBSKER & MOORE,LLC AT 125 S. WACKER DRIVE,SUITE 400,CHICAGO,IL 60606 C/O AUTHORIZED AGENT TO ACCEPT,MARK JOHNSON,ATTORNEY. M,W,36YRS.,5'9",170LB.,BROWN HAIR.

### STATEMENT OF SERVICES FEES

| TRAVEL — | SERVICES $60 — | TOTAL $60 — |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-13-08
           Date

Signature of Server

Address of Server

LEGAL DOCUMENT
MANAGEMENT, INC.
79 W. MONROE STREET, STE. 1020
CHICAGO, IL 60603