IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| Billie Beason, f/k/a Shore, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  02:08-CV-2030-HAB-DGB |
| | ) |
| Midland Funding, LLC, a Delaware limited liability company, and Blatt, Hasenmiller, Leibsker & Moore LLC, an Illinois limited liability company, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF COMPLIANCE

David J. Philipps, of Philipps & Philipps, Ltd., on behalf of Plaintiff Billie Beason, f/k/a Shore, hereby notifies the Court that he served Plaintiff's initial Fed.R.Civ.P. Rule 26(a)(1) disclosures on Defendants, Blatt, Hasenmiller, Leibsker & Moore, LLC and Midland Funding, LLC, on February 13, 2008.

Dated: May 23, 2008

/s/ David J. Philipps _____
One of Plaintiff's Attorneys

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 23, 2008, a copy of the foregoing **Certificate of Compliance** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Jason M. Kuzniar<br>Wilson, Elser, Moskowitz,<br>   Edelman & Dicker, LLP<br>120 N. LaSalle Street<br>26th Floor<br>Chicago, Illinois 60602 | Jason.Kuzniar@wilsonelser.com |
| David L. Hartsell<br>McGuireWoods, LLP<br>77 W. Wacker Drive<br>Suite 4100<br>Chicago, Illinois 60626 | dhartsell@mcguirewoods.com |

/s/ David J. Philipps
David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com