E-FILED
Friday, 23 May, 2008  11:32:58 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| Billie Beason, f/k/a Shore, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  02:08-CV-2030-HAB-DGB |
| | ) |
| Midland Funding, LLC, a Delaware | ) |
| limited liability company, and Blatt, | ) |
| Hasenmiller, Leibsker & Moore LLC, an | ) |
| Illinois limited liability company, | ) |
| | ) |
| Defendants. | ) |

**REPORT OF RULE 26(f) PLANNING MEETING**

Plaintiff being represented by Mary E. Philipps of Philipps & Philipps, Ltd., Defendant Blatt, Hasenmiller, Leibsker & Moore LLC ("BHL&M") being represented by David L. Hartsell of McGuireWoods, LLP, and Defendant Midland Funding, LLC ("Midland") being represented by Jason M. Kuzniar of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, counsel met on May 22, 2008 for the purpose of formulating a proposed discovery calendar for consideration by the Court.  The following are dates which counsel have agreed upon.

1. Plaintiff has already served Defendants with initial disclosures on February 13, 2008; Defendant BHL&M served Plaintiff with initial disclosures on May 6, 2008; Defendant Midland will serve Plaintiff with initial disclosures on May 27, 2008.

2. The deadline for amendment of pleadings is July 17, 2008.

3. The deadline for joining additional parties is July 17, 2008.

4. Plaintiff shall disclose experts and provide expert reports by January 2, 2009. Plaintiff shall make any such experts available for deposition by February 2, 2009.

5. Defendants shall disclose experts and provide expert reports by February 2, 2009. Defendants shall make any such experts available for deposition by March 2, 2009.

6. All discovery, including deposition of experts, is to be completed by March 2, 2009.

7. The deadline for filing case dispositive motions shall be April 2, 2009.

Dated: May 23, 2008

/s/ David J. Philipps _____
One of Plaintiff's Attorneys

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)

/s/ David L. Hartsell_____
One of Defendant Blatt, Hasenmiller
Leibsker & Moore, LLC's Attorneys

David J. Hartsell
McGuireWoods, LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601
(312) 849-8100
(312) 920-6766 (FAX)

/s/ Jason M. Kuzniar_____
One of Defendant Midland Funding,
LLC's Attorneys

Wilson, Elser, Moskowitz,
  Edelman & Dicker, LLP
120 N. LaSalle Street
26th Floor
Chicago, Illinois 60602
(312) 704-0550
(312) 704-1522 (FAX)

## **ORDER**

This Court accepts the discovery calendar itemized above with any noted changes, as well as the additions below.

The matter is scheduled for *telephone status conference* before
_____ on _____.


The matter is scheduled for *final pretrial conference* by person appearance before _____ on _____ .


The matter is scheduled for *jury selection/jury trial or bench trial* before
_____ on _____
(Case No. 2:08-CV-02030-HAB-DGB).

## CERTIFICATE OF SERVICE

      I hereby certify that on May 23, 2008, a copy of the foregoing **Report of Rule 26(f) Planning Meeting** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Jason M. Kuzniar                                                      Jason.Kuzniar@wilsonelser.com
Wilson, Elser, Moskowitz,
   Edelman & Dicker, LLP
120 N. LaSalle Street
26th Floor
Chicago, Illinois 60602

David L. Hartsell                                                      dhartsell@mcguirewoods.com
McGuireWoods, LLP
77 W. Wacker Drive
Suite 4100
Chicago, Illinois 60626


<u>/s/ David J. Philipps</u>
David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com