IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BILLIE BEASON, f/k/a SHORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:08-CV-02030-HAB-DGB |
| ) | |
| MIDLAND FUNDING LLC, a Delaware ) | |
| limited liability company; and BLATT, ) | |
| HASENMILLER, LEIBSKER & MOORE, ) | |
| LLC, an Illinois limited liability company, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT BLATT, HASENMILLER, LEIBSKER & MOORE, LLC'S LOCAL RULE 11.3 CERTIFICATE OF INTEREST

The undersigned, counsel of record for defendant Blatt, Hasenmiller, Leibsker & Moore, LLC ("BHLM"), furnishes the following in compliance with Rule 11.3 of this court:

(1)     Blatt, Hasenmiller, Leibsker & Moore, LLC;

(2)     BHLM is not a corporation;

(3)     McGuireWoods LLP.

Dated: May 28, 2008

Respectfully Submitted,

BLATT, HASENMILLER, LEIBSKER & MOORE, LLC

By:     /s/ David L. Hartsell
       One of its Attorneys

David L. Hartsell
Amy R. Jonker
McGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1815
(312) 849-8100 Phone
(312) 849-3690 Fax
dhartsell@mcguirewoods.com
ajonker@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2008, I electronically filed the foregoing **DEFENDANT BLATT, HASENMILLER, LEIBSKER & MOORE, LLC'S LOCAL RULE 11.3 CERTIFICATE OF INTEREST** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> David J. Philipps
> Bonnie C. Dragotto
> Gomolinski & Philipps, Ltd.
> 9760 S. Roberts Road, Suite One
> Palos Hills, Illinois 60465
> (708) 974-2900
> davephilipps@aol.com
> bdragotto@aol.com
>
> Douglas A. Antonik
> Antonik Law Offices
> 411 Main Street
> Mt. Vernon, Illinois 62864
> (618) 244-5739
> antoniklaw@charter.net
>
> Jason M Kuzniar
> Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
> 120 N LaSalle St , Ste 2600
> Chicago, IL 60602
> 312-704-0550
> Jason.Kuzniar@wilsonelser.com

/s/ David L. Hartsell

\6293240.1