**E-FILED**
Thursday, 29 May, 2008  10:51:24 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

## Central District of Illinois

| | |
|---|---|
| BILLIE BEASON, | **APPEARANCE** |
| Plaintiff, | |
| v. | Case No: 2:08-cv-02030-HAB-DGB |
| MIDLAND FUNDING LLC, ET AL. | |
| Defendant. | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

**Midland Funding LLC**

I certify that I am admitted to practice in this court.

May 29, 2008
Date

*/s/ Cinthia G. Motley*
Signature

Cinthia G. Motley          6289676
Print Name                 Bar Number

120 North LaSalle Street – 26th Floor
Address

Chicago          IL          60602
City             State       Zip Code

(312) 704-0550          (312) 704-1522
Phone Number            Fax Number

492375.1