E-FILED
Monday, 02 June, 2008  10:54:31 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BILLIE BEASON, f/k/a Billie Shore, | ) |
| Plaintiff, | ) |
| vs. | ) 08-2030 |
| MIDLAND FUNDING, LLC, a Delaware Limited Liability Company, and BLATT, HASENMILLER, LEIBSKER & MOORE, LLC, an Illinois Limited Liability Company, | ) |
| Defendant/Counter-plaintiff. | ) |

CASE MANAGEMENT ORDER #1

This case is before the court pursuant to Fed. R. Civ. P. 16. The plaintiff appeared through Mary Phillips, Esq. Defendant Midland Funding, LLC, appeared through Cinthia Motley, Esq. Defendant Blatt, Hasenmiller, Leibsker & Moore appeared through David Hartsell, Esq.

The parties have submitted a proposed scheduling and discovery plan. The court adopts the plan, amended and supplemented as follows:

1. The plaintiff shall identify expert witnesses and provide Rule 26 expert reports by September 1, 2008. The plaintiff's experts shall be deposed by October 1, 2008. The defendant shall identify expert witnesses and provide Rule 26 expert reports by October 1, 2008. The defendant's experts shall be deposed by November 3, 2008.

2. All discovery, including expert discovery, shall be completed by November 3, 2008.

3. Dispositive motions shall be filed no later than December 1, 2008. Responses and replies shall be filed in accordance with this court's Local Rules.

4. A final pretrial conference is scheduled for March 9, 2009, at 1:30 p.m. by personal appearance.

5. Jury selection and jury trial are scheduled to begin on March 16, 2009, at 9:00 a.m. before the court sitting in Urbana, Illinois.

6. A status conference will be held on September 9, 2008, at 9:15 a.m. by telephone conference call. The court will initiate the call.

Enter this 2nd day of June, 2008.

s\Harold A. Baker
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE