N THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| Billie Beason, f/k/a Shore,<br>    Plaintiff,<br><br>v.<br><br>Midland Funding, LLC, a Delaware<br>limited liability company, and Blatt<br>Hasenmiller, Liebsker & Moore, LLC, an<br>Illinois limited liability company,<br>    Defendants. | No.   2:08-CV-2030-HAB-DGB |

## STIPULATION OF DISMISSAL

Plaintiff, Billie Beason, f/k/a Shore, having reached a settlement with the Defendants, hereby stipulates to the dismissal of this action with prejudice.

Dated: August 11, 2008

One of Plaintiff's Attorneys

/s/ David J. Philipps _____
One of Plaintiff's Attorneys

David J. Philipps  (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
 (708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com


The foregoing stipulation is hereby approved and this action is dismissed with prejudice.

Dated: _____


_____
Judge, United States District Court

1

## CERTIFICATE OF SERVICE

      I hereby certify that on August 11, 2008, a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Jason M. Kuzniar | Jason.Kuzniar@wilsonelser.com |
| Wilson, Elser, Moskowitz, | |
|    Edelman & Dicker, LLP | |
| 120 N. LaSalle Street | |
| 26th Floor | |
| Chicago, Illinois 60602 | |
| | |
| David L. Hartsell | dhartsell@mcguirewoods.com |
| McGuireWoods, LLP | |
| 77 W. Wacker Drive | |
| Suite 4100 | |
| Chicago, Illinois 60626 | |

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com