IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| Billie Beason, f/k/a Shore, | ) | |
|    Plaintiff, | ) | |
| | ) | |
|    v. | ) | No.  2:08-CV-2030-HAB-DGB |
| | ) | |
| Midland Funding, LLC, a Delaware | ) | |
| limited liability company, and Blatt | ) | |
| Hasenmiller, Liebsker & Moore, LLC, an | ) | |
| Illinois limited liability company, | ) | |
|    Defendants. | ) | |

## STIPULATION OF DISMISSAL

The parties, through their respective attorneys, hereby stipulate to the dismissal of this action with prejudice and with each party to bear their own fees and costs.

Dated: August 12, 2008

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
One of Plaintiff's Attorneys

David J. Philipps  (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

/s/ Jason M. Kuzniar_____
One of Defendant Midland's Attorneys

Jason M. Kuzniar  (Ill. Bar No. 6270123)
Wilson, Elser, Moskowitz, Eledlman
  & Dicker, LLP
120 N. LaSalle Street, 26th Floor
Chicago, Illinois 60602
Jason.Kuzniar@wilsonelser.com

 /s/ David L. Hartsell_____
One of Defendant Blatt's Attorneys

David L. Hartsell  (Ill. Bar No. 6192380)
McGuireWoods, LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60626
dhartsell@mcguirewoods.com

The foregoing stipulation is hereby approved and this action is dismissed with prejudice.

Dated: _____

_____
Judge, United States District Court

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 12, 2008, a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jason M. Kuzniar                              Jason.Kuzniar@wilsonelser.com
Wilson, Elser, Moskowitz,
  Edelman & Dicker, LLP
120 N. LaSalle Street
26th Floor
Chicago, Illinois 60602

David L. Hartsell                              dhartsell@mcguirewoods.com
McGuireWoods, LLP
77 W. Wacker Drive
Suite 4100
Chicago, Illinois 60626

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com